UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS

HOUSTON DIVISION ▾

CASE NAME: Alwin Gerald Morgan

Petition Date : 01/01/2019

CASE NUMBER: 19-30004

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF December-2021

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|---|
| 1. Prosperity Bank | ████609 | 1. | Hillcrest Bank | ████969 |
| 2. Prosperity Bank | 2████568 | 2. | | |
| 3. | | 3. | | |
| (attach list if needed) | | | (attach list if needed) | |

## A copy of a reconciled statement should be attached for each and all accounts.

| $ 0.00 | + | $ 13,588.08 | = | $ 13,588.08 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms? Yes ☐ No ✗

Have any pre-petition liabilities been paid ? Yes ☐ No ✗ If so, explain _____

Are all U. S. Trustee Quarterly Fee Payments current? Yes ✓ No ☐

What is the status of your Plan of Reorganization? **In process**

***The original of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| Attorney Name: Margaret Mcclure |
|---|
| Firm: Margaret Mcclure |
| Address: 909 Fannin, Suite 3810 |
| Address: |
| City State, Zip: Houston, TX 77010 |
| Telephone: 713-659-1333 |

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED *Alwin G Morgan*
(ORIGINAL SIGNATURE)

Alwin Gerald Morgan

## MFR-1

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 01/01/2019

CASE NAME: Alwin Gerald Morgan

CASE NUMBER: 19-30004

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $0.00 | $79,997.42 | $80,189.40 | $80,558.46 | $80,057.44 | $80,133.59 | $79,682.14 |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Rents, Royalties, Dividends, Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Social Security, Pension, etc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Other (attach list) | 0.00 | 8,500.00 | 3,000.00 | 7,019.85 | 5,000.00 | 7,500.00 | 14,100.00 |
| **TOTAL RECEIPTS** | $0.00 | $8,500.00 | $3,000.00 | $7,019.85 | $5,000.00 | $7,500.00 | $14,100.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Utilities (electric/gas, water, telephone) | 0.00 | 1,144.17 | 148.18 | 529.51 | 1,406.09 | 1,695.36 | 838.20 |
| 8. Home Maintenance (repairs and upkeep) | 0.00 | 787.17 | 475.67 | 468.09 | 1,398.74 | 459.64 | 1,030.48 |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 0.00 | 246.22 | 482.03 | 375.27 | 1,224.63 | 1,011.06 | 1,416.82 |
| 10. Medical and Dental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Transportation (not including car payment) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Recreations, Clubs, and Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Insurance (not included in wages or home mortgage) | 0.00 | 860.40 | 0.00 | 865.44 | 865.44 | 860.44 | 545.83 |
| 14. Taxes (not included in wages or home mortgage) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. Auto Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. Credit Cards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. Other (attach list) | 0.00 | 5,290.06 | 5,275.06 | 5,282.56 | 28.95 | 3,924.95 | 9,756.75 |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $0.00 | $8,308.02 | $6,380.94 | $7,520.87 | $4,923.85 | $7,951.45 | $13,588.08 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | (4,000.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| TOTAL DISBURSEMENTS | $0.00 | $8,308.02 | $2,630.94 | $7,520.87 | $4,923.85 | $7,951.45 | $13,838.08 |
| 20. NET CASH FLOW | 0.00 | 191.98 | 369.06 | (501.02) | 76.15 | (451.45) | 261.92 |
| 21. CASH - END OF MONTH | $0.00 | $80,189.40 | $80,558.46 | $80,057.44 | $80,133.59 | $79,682.14 | $79,944.06 |

**MFR-2**

Revised:1/31/2014

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: | Alwin Gerald Morgan

CASE NUMBER: | 19-30004

| POST-PETITION LIABILITIES | MONTH 2021 July | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|
| SECURED: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| UNSECURED: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TAXES: | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

Revised:1/31/2014

# PROSPERITY BANK ®

| | Statement Date | 12/7/2021 |
|---|---|---|
| | Account No | ****0609 |

ALWIN G MORGAN JR
DEBTOR IN POSSESSION CASE #19-30004

Page 1 of 2

1326

| STATEMENT SUMMARY | | | TX eChecking Account No ****0609 | |
|---|---|---|---|---|
| 11/08/2021 | Beginning Balance | | | $1,870.42 |
| | 5 | Deposits/Other Credits | + | $9,400.00 |
| | 35 | Checks/Other Debits | - | $10,113.50 |
| 12/07/2021 | Ending Balance | 30 | Days in Statement Period | $1,156.92 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/23/2021 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $1,000.00 |
| 11/24/2021 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $1,000.00 |
| 11/30/2021 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $500.00 |
| 12/03/2021 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $3,500.00 |
| 12/06/2021 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $3,400.00 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|
| 170 | 12-06 | $3,500.00 | 171 | 12-07 | $2,300.00 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/08/2021 | Debit Card - Sig AMAZON TIPS*LV6061UR AMZN.COM/BILL WA #9381 | $5.00 |
| 11/08/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $26.46 |
| 11/10/2021 | Debit Card - Sig AMAZON.COM*Y34H77IX3 AMZN.COM/BILL WA #9381 | $93.65 |
| 11/12/2021 | Debit Card - Sig AMAZON TIPS*SJ5JX3K3 AMZN.COM/BILL WA #9381 | $7.00 |
| 11/12/2021 | Debit Card - Sig AMAZON.COM*217NI4BO3 AMZN.COM/BILL WA #9381 | $90.29 |
| 11/12/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $57.85 |
| 11/12/2021 | ACH Payment ATT Payment *****3003EPAYI 31100208986434 | $231.88 |
| 11/12/2021 | ACH Payment ONE GAS TEXAS PR UTIL PAYMT 126934662354564 | $43.32 |
| 11/15/2021 | Debit Card - Sig AMAZON TIPS*TJ45H7ZT AMZN.COM/BILL WA #9381 | $7.00 |
| 11/15/2021 | Debit Card - Sig SPECTRUM 855-707-7328 MO #9381 | $111.20 |
| 11/16/2021 | ACH Payment HOMESHIELD/HSA DEBITS P00000205578308 210000 | $164.99 |
| 11/17/2021 | ACH Payment City of Austin T PAYMENT 6424113647 21000023 | $495.46 |
| 11/18/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $53.98 |
| 11/22/2021 | Debit Card - Sig AMAZON.COM*8Y29R4Q33 AMZN.COM/BILL WA #9381 | $114.73 |
| 11/23/2021 | Debit Card - Sig AMAZON TIPS*ZO2UD1HH AMZN.COM/BILL WA #9381 | $7.00 |
| 11/23/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $13.85 |
| 11/23/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $60.85 |
| 11/23/2021 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |
| 11/24/2021 | Debit Card - Sig HOMEWISEDOCS 866-9255004 NV #9381 | $381.00 |



0000

101041 : 00132601

MEMBER FDIC  NYSE Symbol "PB"



PROSPERITY BANK®

ALWIN G MORGAN JR

| | |
|---|---|
| Statement Date | 12/7/2021 |
| Account No | ****0609 |
| | Page 2 of 2 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/24/2021 | Debit Card - Sig 1106 VERBENA CT US LEANDER TX #9381 | $294.65 |
| 11/24/2021 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |
| 11/26/2021 | ACH Payment FARMERS INS EFT PYMT T604571340 210000232506 | $860.44 |
| 11/29/2021 | Debit Card - Sig AMAZON.COM*699OP64P3 AMZN.COM/BILL WA #9381 | $127.77 |
| 11/29/2021 | Debit Card - Sig AMAZON TIPS*XR37V565 AMZN.COM/BILL WA #9381 | $7.00 |
| 11/29/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $53.98 |
| 11/30/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $22.67 |
| 11/30/2021 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |
| 11/30/2021 | Bill Pay Fee | $5.95 |
| 12/02/2021 | Recurring Payment EXTRA SPACE 1639 AUSTIN TX #9381 | $813.50 |
| 12/03/2021 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |
| 12/06/2021 | Debit Card - Sig AMAZON.COM*P242H36T3 AMZN.COM/BILL WA #9381 | $117.53 |
| 12/06/2021 | Debit Card - Sig AMAZON TIPS*K708L5FB AMZN.COM/BILL WA #9381 | $7.00 |
| 12/06/2021 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |

## TOTAL OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11-08 | $1,838.96 | 11-18 | $482.34 | 11-30 | $1,009.95 |
| 11-10 | $1,745.31 | 11-22 | $367.61 | 12-02 | $196.45 |
| 11-12 | $1,314.97 | 11-23 | $1,278.41 | 12-03 | $3,688.95 |
| 11-15 | $1,196.77 | 11-24 | $1,595.26 | 12-06 | $3,456.92 |
| 11-16 | $1,031.78 | 11-26 | $734.82 | 12-07 | $1,156.92 |
| 11-17 | $536.32 | 11-29 | $546.07 | | |

0000



# PROSPERITY BANK®

| | Statement Date | 1/9/2022 |
|---|---|---|
| | Account No | ****0609 |

ALWIN G MORGAN JR
DEBTOR IN POSSESSION CASE #19-30004

Page 1 of 2

3935

| STATEMENT SUMMARY | | | | TX eChecking Account No ****0609 | |
|---|---|---|---|---|---|
| 12/08/2021 | Beginning Balance | | | | $1,156.92 |
| | 6 | Deposits/Other Credits | | + | $25,268.98 |
| | 46 | Checks/Other Debits | | - | $11,395.33 |
| 01/09/2022 | Ending Balance | 33 | Days in Statement Period | | $15,030.57 |

| DEPOSITS/OTHER CREDITS | | |
|---|---|---|
| Date | Description | Amount |
| 12/09/2021 | POS Purchase Rev AMAZON.COM US SEATTLE WA #9381 | $68.98 |
| 12/10/2021 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $200.00 |
| 12/17/2021 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $4,000.00 |
| 12/23/2021 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $3,000.00 |
| 01/03/2022 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $6,000.00 |
| 01/07/2022 | Wire Transfer Dep WIRE IN E2M VENTURES LP | $12,000.00 |

| CHECKS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
| 172 | 12-20 | $1,000.00 | 173 | 12-22 | $545.44 | 174 | 01-04 | $3,500.00 |

| OTHER DEBITS | | |
|---|---|---|
| Date | Description | Amount |
| 12/08/2021 | Debit Card - Sig SPECTRUM 855-707-7328 MO #9381 | $111.20 |
| 12/08/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $68.98 |
| 12/09/2021 | Debit Card - Sig AMAZON.COM*HP8TH2PA3 AMZN.COM/BILL WA #9381 | $136.46 |
| 12/09/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $68.98 |
| 12/10/2021 | Debit Card - Sig AMAZON TIPS*W275A62H AMZN.COM/BILL WA #9381 | $7.00 |
| 12/10/2021 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |
| 12/13/2021 | Debit Card - Sig AMAZON.COM*Y53443QV3 AMZN.COM/BILL WA #9381 | $95.92 |
| 12/13/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $14.99 |
| 12/13/2021 | Debit Card - Sig AMAZON TIPS*LT1YJ331 AMZN.COM/BILL WA #9381 | $7.00 |
| 12/14/2021 | ACH Payment City of Austin T PAYMENT 6424113647 21000027 | $392.37 |
| 12/14/2021 | ACH Payment ATT Payment *****7003EPAYN 31100207131110 | $231.88 |
| 12/14/2021 | ACH Payment HOMESHIELD/HSA DEBITS P00000225599978 210000 | $164.99 |
| 12/14/2021 | ACH Payment ONE GAS TEXAS PR UTIL PAYMT 126934662354564 | $59.25 |
| 12/17/2021 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |
| 12/20/2021 | Debit Card - Sig AMAZON.COM*QJ1PP66G3 AMZN.COM/BILL WA #9381 | $123.96 |
| 12/20/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $85.94 |
| 12/20/2021 | Debit Card - Sig Amazon Tips*ZT90 AMZN.COM/BILL WA #9381 | $7.00 |
| 12/20/2021 | Debit Card - Sig AMAZON.COM US SEATTLE WA #9381 | $27.99 |

0000

101191 : 00393501



# PROSPERITY BANK®

ALWIN G MORGAN JR

Statement Date          1/9/2022
Account No              ****0609
                        Page 2 of 2

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/20/2021 | Debit Card - Sig IN BLUE SHARK P LEANDER TX #9381 | $262.82 |
| 12/20/2021 | ACH Payment ROSALINDA POP CK FEE $00.60 4267746723 63106 | $1,000.60 |
| 12/20/2021 | Debit Card - Sig AMAZON.COM*KI0Y2 SEATTLE WA #9381 | $83.66 |
| 12/22/2021 | Debit Card - Sig Amazon.com*RN90I AMZN.COM/BILL WA #9381 | $143.32 |
| 12/23/2021 | Debit Card - Sig Amazon Tips*6G71 AMZN.COM/BILL WA #9381 | $7.00 |
| 12/23/2021 | ACH Payment ROSALINDA POP CK FEE $00.60 4289617785 63106 | $700.60 |
| 12/23/2021 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |
| 12/27/2021 | ACH Payment HOMESHIELD/HSA DEBITS P00000232959248 210000 | $57.23 |
| 12/27/2021 | Debit Card - Sig AMAZON.COM*CI6YA SEATTLE WA #9381 | $34.90 |
| 12/27/2021 | Debit Card - Sig AMAZON.COM*D17VZ SEATTLE WA #9381 | $157.95 |
| 12/28/2021 | Debit Card - Sig TEXAS DISPOSAL S 800-3758375 TX #9381 | $43.50 |
| 12/28/2021 | Debit Card - Sig AMAZON.COM*DV0G7 SEATTLE WA #9381 | $85.52 |
| 12/28/2021 | ACH Payment QUARTERLY FEE PAYMENT 6OGR08H56M1 4103604956 | $250.00 |
| 12/28/2021 | ACH Payment FARMERS INS EFT PYMT P208823905 210000214060 | $545.83 |
| 12/30/2021 | Debit Card - Sig AMAZON.COM*2803G SEATTLE WA #9381 | $64.77 |
| 12/30/2021 | Recurring Payment EXTRA SPACE 1639 AUSTIN TX #9381 | $813.50 |
| 12/30/2021 | ACH Payment ROSALINDA POP CK FEE $00.60 4320293561 63106 | $140.60 |
| 12/31/2021 | Bill Pay Fee | $5.95 |
| 01/03/2022 | Debit Card - Sig Amazon.com*NQ3KX AMZN.COM/BILL WA #9381 | $132.93 |
| 01/03/2022 | Debit Card - Sig Amazon Tips*Q76C AMZN.COM/BILL WA #9381 | $7.00 |
| 01/03/2022 | Debit Card - Sig AMAZON.COM*TD5OS SEATTLE WA #9381 | $47.94 |
| 01/03/2022 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |
| 01/05/2022 | Debit Card - Sig AMAZON.COM*115VK SEATTLE WA #9381 | $70.88 |
| 01/07/2022 | Debit Card - Sig AMAZON.COM*S816R SEATTLE WA #9381 | $51.98 |
| 01/07/2022 | Wire Trsfr In Fee INCOMING WIRE FEE | $7.50 |

## TOTAL OVERDRAFT FEES

|  | Total For This Period | Total Year-to-Date | Previous Year Total |
|--|-----------------------|--------------------|---------------------|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12-08 | $976.74 | 12-20 | $1,459.91 | 12-31 | $856.30 |
| 12-09 | $840.28 | 12-22 | $771.15 | 01-03 | $6,660.93 |
| 12-10 | $1,025.78 | 12-23 | $3,056.05 | 01-04 | $3,160.93 |
| 12-13 | $907.87 | 12-27 | $2,805.97 | 01-05 | $3,090.05 |
| 12-14 | $59.38 | 12-28 | $1,881.12 | 01-07 | $15,030.57 |
| 12-17 | $4,051.88 | 12-30 | $862.25 | | |

0000



# Hillcrest Bank
A division of NBH Bank, Member FDIC

PO Box 26368, Kansas City, MO 64196-6368
hillcrestbank.com • 855.629.7618

Last statement: November 04, 2021
This statement: December 04, 2021
Total days in statement period: 30

ALWIN G MORGAN JR

Page 1

█████ 969
( 0 )

*PRIVACY NOTICE -- FEDERAL LAW REQUIRES US TO TELL YOU HOW WE COLLECT, SHARE AND PROTECT YOUR PERSONAL INFORMATION. OUR PRIVACY POLICY HAS NOT CHANGED AND YOU MAY REVIEW OUR POLICY AND PRACTICES WITH RESPECT TO YOUR PERSONAL INFORMATION AT: HTTPS: //WWW.NBHBANK.COM /MEDIA /856615 /NBH-PRIVACY-NOTICE.PDF -WE WILL MAIL YOU A FREE COPY UPON REQUEST IF YOU CALL US AT THE NUMBER ABOVE.*

## Personal Checking

| | |
|---|---|
| Account number | ████████ 69 |
| Low balance | $35.30 |
| Average balance | $83.12 |
| Avg collected balance | $83 |

## DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 11-04 | Beginning balance | | | $35.30 |
| 11-24 | ' Funds Transfer | 717.31 | | 752.61 |
| | TRANSFER FROM ALWIN G MORGAN JR | | | |
| | ACCOUNT # XXXXX3501 | | | |
| | AT EXT BANK ABA # 1110XXXXX | | | |
| 11-26 | ' Money Talks Dp-Ls | | -717.31 | 35.30 |
| | TRF TO LOAN ACCT 03084107120 | | | |
| | NOTE NO 00001 DATE: 11-25-21 | | | |
| | TIME: 06:58:03 REF NO 3290658L | | | |
| 12-04 | ' Service Charge | | -8.00 | 27.30 |
| | MONTHLY | | | |
| 12-04 | **Ending totals** | **717.31** | **-725.31** | **$27.30** |



ALWIN G MORGAN JR
December 04, 2021

Page 2
██████969

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Hillcrest Bank*

# THIS FORM IS PROVIDED TO HELP YOU BALANCE
# YOUR STATEMENT

## BEFORE YOU START –

**CHECKS OUTSTANDING–NOT CHARGED TO ACCOUNT**

| NO. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTO-MATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:**

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT       $ _____

ADD +

DEPOSITS NOT CREDITED IN THIS STATEMENT
*(IF ANY)*       $ _____

_____

_____

TOTAL       $ _____

SUBTRACT –

CHECKS OUTSTANDING       $ _____

BALANCE       $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BAL-ANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**ELECTRONIC TRANSFERS**

Please examine immediately and report if incorrect. If no reply is received within **30** days the account will be considered correct. You have **60** days to question electronic transfers.

In Case of Errors Or Questions About Your Electronic Transfers TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Rev 09/2016

# Hillcrest Bank
A division of NBH Bank, Member FDIC

PO Box 26368, Kansas City, MO 64196-6368
hillcrestbank.com • 855.629.7618

Last statement: December 04, 2021
This statement: January 04, 2022
Total days in statement period: 31

ALWIN G MORGAN JR

Page 1

69
( 0)

PRIVACY NOTICE -- FEDERAL LAW REQUIRES US TO TELL YOU HOW WE COLLECT,
SHARE AND PROTECT YOUR PERSONAL INFORMATION. OUR PRIVACY POLICY
HAS NOT CHANGED AND YOU MAY REVIEW OUR POLICY AND PRACTICES WITH
RESPECT TO YOUR PERSONAL INFORMATION AT: HTTPS: //WWW.NBHBANK.COM
/MEDIA /856615 /NBH-PRIVACY-NOTICE.PDF -WE WILL MAIL YOU A FREE COPY
UPON REQUEST IF YOU CALL US AT THE NUMBER ABOVE.

## Personal Checking

| | |
|---|---|
| Account number | 969 |
| Low balance | $27.30 |
| Average balance | $50.44 |
| Avg collected balance | $50 |

## DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-04 | Beginning balance | | | $27.30 |
| 12-21 | ' Funds Transfer | 717.31 | | 744.61 |
| | TRANSFER FROM ALWIN G MORGAN JR | | | |
| | ACCOUNT # XXXXX3501 | | | |
| | AT EXT BANK ABA # 1110XXXXX | | | |
| 12-22 | ' Money Talks Dp-Ls | | -717.31 | 27.30 |
| | TRF TO LOAN ACCT 03084107120 | | | |
| | NOTE NO 00001 DATE: 12-22-21 | | | |
| | TIME: 13:11:43 REF NO 3561311L | | | |
| 01-04 | ' Service Charge | | -8.00 | 19.30 |
| | MONTHLY | | | |
| 01-04 | Ending totals | 717.31 | -725.31 | $19.30 |



ALWIN G MORGAN JR
January 04, 2022

Page 2

██████9969

OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total prior year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Hillcrest Bank

# THIS FORM IS PROVIDED TO HELP YOU BALANCE
# YOUR STATEMENT

## BEFORE YOU START –

CHECKS OUTSTANDING–NOT
CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTO-
MATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

**YOU SHOULD HAVE ADDED
IF ANY OCCURRED:**

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUB-
TRACTED IF ANY OCCURRED:**

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions
   and payments.

BALANCE SHOWN
ON THIS STATEMENT          $ _____

ADD +

DEPOSITS NOT CREDITED
IN THIS STATEMENT
*(IF ANY)*          $ _____

_____

_____

TOTAL          $ _____

SUBTRACT –

CHECKS
OUTSTANDING          $ _____

BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BAL-
ANCE AFTER DEDUCTING SERVICE CHARGE (IF
ANY) SHOWN ON THIS STATEMENT.

**ELECTRONIC TRANSFERS**

Please examine immediately and report if incorrect. If no reply is received within **30** days the account will be considered correct. You have **60** days to question electronic transfers.

In Case of Errors Or Questions About Your Electronic Transfers TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Rev 09/2016

# PROSPERITY BANK®

| | |
|---|---|
| Statement Date | 12/31/2021 |
| Account No | ****8568 |
| | Page 1 of 1 |

ALWIN G MORGAN JR
DEBTOR IN POSSESSION CASE #19-30004



8897

| STATEMENT SUMMARY | | TX Personal Savings Account No ****8568 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 10/01/2021 | Beginning Balance | | | $78,764.93 |
| | 1 | Deposits/Other Credits | + | $19.86 |
| | 0 | Checks/Other Debits | - | $0.00 |
| 12/31/2021 | Ending Balance | 92 | Days in Statement Period | $78,784.79 |

| DEPOSITS/OTHER CREDITS | | |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| 12/31/2021 | Accr Earning Pymt Added to Account | $19.86 |

| TOTAL OVERDRAFT FEES | | |
|---|---|---|

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

| DAILY ENDING BALANCE | | |
|---|---|---|

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10-01 | $78,764.93 | 12-31 | $78,784.79 |

| EARNINGS SUMMARY | | |
|---|---|---|

** Below is an itemization of the Earnings paid this period.  **

| | | | |
|---|---|---|---|
| Interest Paid This Period | $19.86 | Annual Percentage Yield Earned | 0.10 % |
| Interest Paid YTD | $79.07 | Days in Earnings Period | 92 |

0000




101041 : 008897001

MEMBER FDIC                     NYSE Symbol "PB"

Cash Receipts

5.      Other (attach list)              $14,100.00

                E2M Ventures LP Distribution          $ 14,100.00

                Total                          $ 714,100.00

Cash Disbursements

17.     Other (attach list)          $  9,756.75

                Keyla December                  $ 3,500.00
                Moving Expenses                 $ 5,141.80
                Storage                         $   813.50
                US Trustee                      $   250.00
                Bank Fees                       $      51.45

                Total                           $ 9,756.75